# Court of Appeals
## Tenth Appellate District of Texas

10-25-00348-CV

In the Estate of Richard Leon Meankins

On appeal from the
County Court at Law of Navarro County, Texas
Judge Amanda Doan Putman, presiding
Trial Court Cause No. P-19707

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The Appellant's Brief was initially due in this proceeding on January 5, 2026. Appellant, Deloris Phillips, filed a document which this Court liberally construed as a motion for extension of time to file her brief on January 5, 2026, which was granted until February 6, 2026. The Order issued by this Court warned Appellant that the failure to file a brief by that date would result in the dismissal of this appeal. On February 17, 2026, Appellant filed a motion for findings of fact and conclusions of law in this appeal that relate only to a

letter issued by the Clerk in the two other appeals in this Court that were dismissed in January of 2026.[1]

On April 17, 2026, by letter from the Clerk of this Court, Appellant was informed that the Appellant's Brief had not been filed and directed her to file the brief on or before **Monday, April 27, 2026**. The Appellant's Brief has still not been filed and Appellant has not submitted any subsequent motions for filing in this proceeding.

Accordingly, we dismiss this appeal for want of prosecution and the failure to follow an order of this Court and directive from the Clerk of this Court. *See* TEX. R. APP. P. 42.3(b), (c).

STEVE SMITH
Justice

OPINION DELIVERED and FILED: May 7, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06



---

[1] Those appeals are *In re Est. of Meankins*, No. 10-25-00134-CV, 2026 Tex. App. LEXIS 142 (Tex. App.—Waco Jan. 8, 2026, no pet. h.) and *In re Est. of Meankins*, No. 10-25-00225-CV, 2026 WL 178588, 2026 Tex. App. LEXIS 528 (Tex. App.—Waco Jan. 22, 2026, no pet. h.). Appellant has filed motions for extension of time to file a petition for review in each appeal in the Texas Supreme Court in Nos. 26-0086 & 26-0087. She has also sought an emergency stay of all proceedings, including appeals, currently pending in the Texas Supreme Court. Those motions have not been disposed by the Court.